# Notice Recipients

District/Off: 0315–2           User: lmar              Date Created: 12/6/2019
Case: 19–22588–TPA             Form ID: 309            Total: 58

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          Pingora Loan Servicing, LLC
                                                                                                TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
tr          Ronda J. Winnecour      cmecf@chapter13trusteewdpa.com
aty         Jodi L. Hause           jodi.hause@phelanhallinan.com
aty         Kenneth Steidl          julie.steidl@steidl–steinberg.com
aty         S. James Wallace        sjw@sjwpgh.com
aty         Thomas Song             pawb@fedphe.com
                                                                                                TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Kelly J. McDowell       18 Rizzi Drive       Irwin, PA 15642
cr          Peoples Natural Gas Company LLC      c/o S. James Wallace, P.C.     845 N. Lincoln Ave.     Pittsburgh, PA 15233
15078657    American Express     Po Box 650448     Dallas, TX 75265–0448
15094851    American Express     Po Box 650448     Dallas, TX 75265–0448
15105994    American Express National Bank     c/o Becket and Lee LLP     PO Box 3001     Malvern PA 19355–0701
15078658    Best Buy     c/o Best Buy Credit Services     Po Box 78009     Phoenix, AZ 85062–8009
15094852    Best Buy     c/o Best Buy Credit Services     Po Box 78009     Phoenix, AZ 85062–8009
15078659    Buckle     c/o Comenity Bank – Bankruptcy Dept.     Po Box 182125     Columbus, OH 43218–2125
15094853    Buckle     c/o Comenity Bank – Bankruptcy Dept.     Po Box 182125     Columbus, OH 43218–2125
15078660    Capital One Bank     Po Box 71083     Charlotte, NC 28272–1083
15094854    Capital One Bank     Po Box 71083     Charlotte, NC 28272–1083
15085317    Capital One Bank (USA), N.A.     by American InfoSource as agent     PO Box 71083     Charlotte, NC 28272–1083
15078661    Chase     270 Park Ave.     New York, NY 10017
15094855    Chase     270 Park Ave.     New York, NY 10017
15078662    Credit One Bank     Po Box 98873     Las Vegas, NV 89193–8873
15094856    Credit One Bank     Po Box 98873     Las Vegas, NV 89193–8873
15118141    Department Stores National Bank     c/o Quantum3 Group LLC     PO Box 657     Kirkland, WA 98083–0657
15083103    Discover Bank     Discover Products Inc     PO Box 3025     New Albany, OH 43054–3025
15078663    Discover Card     PO Box 6103     Carol Stream, IL 60197–6103
15094857    Discover Card     PO Box 6103     Carol Stream, IL 60197–6103
15078664    Express     c/o Comenity Bank – Bankruptcy Dept.     Po Box 182125     Columbus, OH 43218–2125
15094858    Express     c/o Comenity Bank – Bankruptcy Dept.     Po Box 182125     Columbus, OH 43218–2125
15094860    FedLoan Servicing     Attn: Bankruptcy     Po Box 69184     Harrisburg, PA 17106
15094859    FedLoan Servicing     Pob 60610     Harrisburg, PA 17106
15078665    First Premier Bank     Po Box 5519     Sioux Falls, SD 57117–5519
15094861    First Premier Bank     Po Box 5519     Sioux Falls, SD 57117–5519
15078666    First Premier Bank     Po Box 5524     Sioux Falls, SD 57117–5524
15094862    First Premier Bank     Po Box 5524     Sioux Falls, SD 57117–5524
15078667    Flagstar Bank     5151 Corporate Drive     Troy, MI 48098–2639
15094863    Flagstar Bank     5151 Corporate Drive     Troy, MI 48098–2639
15094762    JPMorgan Chase Bank, N.A.     s/b/m/t Chase Bank USA, N.A.     c/o Robertson, Anschutz & Schneid, P.L.     6409 Congress Avenue, Suite 100     Boca Raton, FL 33487
15109302    LVNV Funding, LLC     Resurgent Capital Services     PO Box 10587     Greenville, SC 29603–0587
15078668    Macy's     PO Box 4589     Carol Stream, IL 60197
15094864    Macy's     PO Box 4589     Carol Stream, IL 60197
15078669    One Main Financial     9733 Route 30     Irwin, PA 15642–3657
15094865    One Main Financial     9733 Route 30     Irwin, PA 15642–3657
15094806    Onemain     PO Box 3251     Evansville, IN 47731
15094868    PINGORA LOAN SERVICING INC     ATTN PHH MORTGAGE CORP     ONE MORTGAGE WAY     Mount Laurel, NJ 08054
15117242    PINGORA LOAN SERVICING, LLC     FLAGSTAR BANK F.S.B     5151 CORPORATE DRIVE, SUITE 3–142     TROY MI 48098
15094866    Pennsylvania Department of Revenue     Bankruptcy Division     PO Box 280946     Harrisburg, PA 17128–0946
15094867    Phelan Hallinan Diamond & Jones LLP     1617 JFK Boulevard, Suite 1400     One Penn Center Plaza     Philadelphia, PA 19103
15118221    Portfolio Recovery Associates, LLC     POB 12914     Norfolk VA 23541
15109583    Premier Bankcard, Llc     Jefferson Capital Systems LLC Assignee     Po Box 7999     Saint Cloud Mn 56302–9617
15113144    Quantum3 Group LLC as agent for     Comenity Bank     PO Box 788     Kirkland, WA 98083–0788

| | | | | |
|---|---|---|---|---|
| 15078670 | Target | c/o Target Card Services | Po Box 660170 | Lavon, TX 75166–0170 |
| 15094869 | Target | c/o Target Card Services | Po Box 660170 | Lavon, TX 75166–0170 |
| 15128365 | U.S. Department of Education | c/o FedLoan Servicing | P.O. Box 69184 | Harrisburg, PA 17106–9184 |
| 15097447 | U.S. Department of Housing and Urban Development | | 451 7th Street S.W. | Washington, DC 20410 |
| 15110574 | Verizon | by American InfoSource as agent | PO Box 4457 | Houston, TX 77210–4457 |
| 15078671 | Victoria Secret | c/o Comenity Bank – Bankruptcy Dept. | Po Box 182125 | Columbus, OH 43218–2125 |
| 15094870 | Victoria Secret | c/o Comenity Bank – Bankruptcy Dept. | Po Box 182125 | Columbus, OH 43218–2125 |

TOTAL: 51